# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1004. JEANITA HUFF v. WESLEY KENSINGTON PARTNERS.

This case originated as a dispossessory action in magistrate court. Following an adverse ruling by the magistrate court, Jeanita Huff appealed de novo to the superior court. The superior court entered a writ of possession against Huff, who filed a motion seeking a hardship stay. The trial court denied the motion, and Huff appeals. We, however, lack jurisdiction.

Because the appeal to this Court stems from the superior court's de novo review of a magistrate court ruling, Huff was required to follow the discretionary appeal procedure in order to appeal. See OCGA § 5-6-35 (a) (1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Huff's failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/05/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*